1  CARMEN PLAZA DE JENNINGS, SBN 091742
   JAYNE BENZ CHIPMAN, SBN 140048
2  PLAZA DE JENNINGS & CHIPMAN LLP
   1000 Marina Village Parkway, Suite 110
3  Alameda, CA  94501
   Telephone:    (510) 906-2811
4  Attorneys for Defendants CITY OF GILROY, GILROY
   POLICE DEPARTMENT
5
   LORI J. COSTANZO, SBN 142633
6  LYNN TOMA, SBN 100384
   ANDREA JUSTO, SBN 310122
7  COSTANZO LAW FIRM, APC
   111 West Saint John Street, #700
8  San Jose, CA  95113
   Telephone:    (408) 993-8493
9  Facsimile:    (408) 993-8496
   Attorneys for Plaintiff PATRICIA HARRELL

10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14  PATRICIA HARRELL,                    Case No.  5:17-cv-05204-LHK

15        Plaintiff,                     **STIPULATION OF DISMISSAL**

16

17        v.

18  CITY OF GILROY, GILROY POLICE
    DEPARTMENT, and DOES 1-50, inclusive,
19
20        Defendant(s).

21        IT IS HEREBY STIPULATED by and between the parties to this action through their

22  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

23  pursuant to FRCP 41(a)(1).

24  //

25  //

26  //

27  //

28  //

STIPULATION OF DISMISSAL
CASE NO. 5:17-CV-05204-LHK

4825-7457-0132

PLAZA DE JENNINGS & CHIPMAN LLP
ATTORNEYS AT LAW
ALAMEDA

1

2

Dated: ~~April~~ *May* 7 , 2019                    PLAZA DE JENNINGS & CHIPMAN LLP

3

4                                                  By: _____

5                                                         Carmen Plaza de Jennings
                                                          Jayne Benz Chipman

6                                                  Attorneys for Defendants
                                                   CITY OF GILROY, GILROY POLICE
7                                                  DEPARTMENT

          May 5, 2019
8    Dated: ~~April ___, 2019~~                        COSTANZO LAW FIRM, APC

9

10                                                 By: _____
                                                          Lori J. Costanzo
11                                                        Andrea Justo

12                                                 Attorneys for Plaintiff
                                                   PATRICIA HARRELL
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
CASE NO. 5:17-CV-05204 LHK

PLAZA DE JENNINGS & CHIPMAN LLP
ATTORNEYS AT LAW
ALAMEDA